UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW HUNT,<br><br>    Plaintiffs,<br><br>v.<br><br>SUNRISE OPERATIONS LLC, et al.,<br><br>    Defendants. | Case No. 23-cv-06441-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 10/18/2024 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  9/30/2024

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 5/23/2025.

DISPOSITIVE MOTIONS **SHALL** be filed by; 8/29/2025;
    Opp. Due: 9/26/2025; Reply Due: 10/17/2025;
    and set for hearing no later than 10/31/2025 at 10:00 AM.

DESIGNATION OF EXPERTS: 11/14/2025; REBUTTAL: 12/1/2025;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 12/19/2025.

PRETRIAL PAPERWORK DUE:  1/13/2026
PRETRIAL CONFERENCE DATE: 1/27/2026 at 1:30 PM.

JURY TRIAL DATE: 2/9/2026 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

      **IT IS SO ORDERED**.

Dated: July 15, 2024

_____
SUSAN ILLSTON
United States District Judge