UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW HUNT,<br><br>        Plaintiff,<br><br>        v.<br><br>SUNRISE OPERATIONS LLC, et al.,<br><br>        Defendants. | Case No. 23-cv-06441-SI<br><br>**ORDER DENYING DISCOVERY REQUEST AND REQUIRING FURTHER MEET AND CONFER**<br><br>Re: Dkt. Nos. 122, 123 |

        Plaintiff Andrew Hunt has filed a separate discovery dispute statement that does not comply with the undersigned's Standing Order on discovery disputes. *See* Dkt. No. 122. This is the fourth discovery dispute in this case. *See* Dkt. Nos. 103, 111, 112. Plaintiff's most recent filing exceeds two pages in length, whereas the Standing Order provides that a separate discovery dispute statement (as opposed to a statement filed jointly) is limited to two pages or less. *See* Dkt. No. 122; Judge Illston's Standing Order ¶ 3.

        Moreover, the Court finds the meet and confer efforts inadequate. Plaintiff's statement indicates the parties met for "over half an hour" on December 12, 2025. Defendant has filed an administrative motion requesting until next week to submit a substantive response. Dkt. No. 123. Defendant's motion indicates that plaintiff filed his separate statement after reaching out to defendant on December 29 and demanding a response by December 31, during a week when defense counsel was out of the office for the holidays. The Court finds the meet and confer efforts were insufficient before plaintiff submitted this dispute to the Court.

        Accordingly, the Court DENIES plaintiff's request for a discovery order, without prejudice. The Court DENIES AS MOOT defendant's request for an extension of time to respond. The Court ORDERS the parties to engage in good faith meet and confer efforts regarding the present disputes.

The parties shall meet for **at least one hour**—in person, by telephone, or over videoconference. Only after a good faith effort to meet and confer may the parties re-file another dispute statement, which shall comply in all respects with the undersigned's Standing Order.

**IT IS SO ORDERED**.

Dated: January 8, 2026

_____
SUSAN ILLSTON
United States District Judge