UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREW HUNT,

         Plaintiffs,

    v.

SUNRISE OPERATIONS LLC, et al.,

         Defendants.

Case No.  23-cv-06441-SI  (SI)

**FIRST AMENDED PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

DISPOSITIVE MOTIONS **SHALL** be filed by: 5/15/2026;
    Opp. Due: 6/15/2026; Reply Due: 7/6/2026;
    and set for hearing no later than 7/24/2026 at 10:00 AM.

DESIGNATION OF EXPERTS: 6/1/2026; REBUTTAL: 7/1/2026;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 8/5/2026..

PRETRIAL PAPERWORK DUE:  9/8/2026;
PRETRIAL CONFERENCE DATE: 9/22/2026 at 1:30 PM.

JURY TRIAL DATE: 10/5/2026 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the Civil Pretrial Instructions which can be found on the Judge's webpage.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: January 20, 2026

_____
SUSAN ILLSTON
United States District Judge