UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREW HUNT,

          Plaintiff,

    v.

SUNRISE OPERATIONS LLC, et al.,

          Defendants.

Case No. 23-cv-06441-SI

**ORDER ON FIFTH AND SIXTH DISCOVERY DISPUTES**

Re: Dkt. Nos. 134, 135

The parties have filed discovery dispute statements regarding disputes between plaintiff and defendant The Pasha Group (TPG), Dkt. No. 134, and between plaintiff and defendant Sunrise Operations, LLC, Dkt. No. 135. Several weeks later, plaintiff's counsel filed a declaration attaching the disputed discovery and providing an update on the status of the disputes. *See* Dkt. No. 138. These are the fifth and sixth discovery disputes in this case. *See* Dkt. Nos. 103, 111, 112, 122, 123. The non-expert discovery cut-off in this case was recently extended to May 29, 2026.[1] Dkt. No. 140.

The Court now rules as follows.

**Privilege Log Entries:**

The parties cannot agree whether defendants must produce the chart listed in TPG's privilege log entry #3 or the communications in Sunrise's revised privilege log entries #3-8. The dispute is whether communications with TPG's Executive Counsel Amy Sherburne-Manning are covered by the attorney-client privilege or whether Ms. Manning was acting in a non-legal capacity. Given the

---

[1] The Court does not intend to extend the discovery deadlines again.

United States District Court
Northern District of California

factual dispute regarding Ms. Manning's role and the limited information that the Court has before it, the Court finds that review of the documents themselves would be useful. **Accordingly, the Court hereby ORDERS defendants to provide the disputed documents for *in camera* review, no later than April 7, 2026.** The parties may email the relevant documents to sipo@cand.uscourts.gov or mail them to the undersigned's attention, clearly marked: "In Camera Review. DO NOT FILE."

**Ms. Manning's Deposition:**

The parties also dispute whether Ms. Manning should be made available for deposition, in light of the claims of attorney-client privilege. The Court finds defendant's concession to be reasonable, that "[i]f the Court is inclined to grant Plaintiff's motion to take the deposition of Ms. Manning, the deposition should be limited to questioning her about her role with the Pasha Group family of companies and how the legal department is organized and generally provides legal services and advice to subsidiaries and related companies such as Sunrise." Dkt. No. 134 at 5. The Court hereby **ORDERS Ms. Manning be made available for a half-day deposition the week of April 6, 2026**, with the deposition limited to questioning about her role and the legal department's organization, as described in the discovery dispute.

Once the parties have deposed Ms. Manning, they shall meet and confer regarding any remaining discovery disputes concerning the attorney-client privilege and Ms. Manning's role in this lawsuit. If disputes remain, the parties shall file an updated discovery dispute statement with the Court **no later than April 20, 2026.**

**Continued 30(b)(6) Deposition for TPG:**

Plaintiff deposed TPG on December 17, 2025, but the deponent was not prepared to respond to certain designated topics. The parties have been attempting to find a date for the continued deposition of TPG, and TPG appears to agree that a continued deposition is warranted but has not provided new dates, given new defense counsel's recent trial schedule. The Court hereby **ORDERS that the continued deposition of TPG shall take place no later than April 15, 2026.** Plaintiff

United States District Court
Northern District of California

may also question TPG's Rule 30(b)(6) witness on the scope of Ms. Manning's role and the legal department's organization, as described above.

*** 

Based on the most recently filed declaration from plaintiff's counsel, Dkt. No. 138, the remaining disputes no longer require the Court's intervention. The parties indicated that Sunrise would produce the financial statements that were being withheld once a protective order was in place, and the Court approved the stipulated protective order on March 27, 2026. *See* Dkt. No. 142. Additionally, it appears the deposition of Joe Walla (Senior Port Engineer for Sunrise) has now been scheduled. *See* Dkt. No. 138 ¶ 9.

**IT IS SO ORDERED**.

Dated:    April 2, 2026

_____
SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California