UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREW HUNT,

          Plaintiff,

    v.

SUNRISE OPERATIONS LLC, et al.,

          Defendants.

Case No. 23-cv-06441-SI

**FURTHER ORDER RE: DISCOVERY DISPUTES**

On April 2, 2026, the Court issued an order resolving certain discovery disputes and ordering that defendants provide for *in camera* review certain documents over which defendants claimed attorney-client privilege. Dkt. No. 143. On April 3, 2026, defendants provided the materials to the Court as ordered. In dispute are defendant The Pasha Group's privilege log entry #3 and defendant Sunrise Operations LLC's revised privilege log entries #3, 5, 6-2, and 8.[1]

Regarding The Pasha Group's privilege log entry #3, the Court finds that this chart of individuals who requested exemptions from the vaccine requirement is not covered by the attorney-client privilege and should be produced. The chart indicates who requested medical and/or religious exemptions and what happened with their employment, i.e., whether the person was ultimately terminated or not. This information is highly relevant to plaintiff's theory that defendants discriminated against him by refusing to accommodate his religious exemption request and that others were permitted to remain or come aboard while unvaccinated.

Regarding Sunrise's revised privilege log entries, the Court agrees these are covered by the

---

[1] Initially, Sunrise's revised privilege log entries #3-8 were in dispute. Defendants' recent communication with the Court indicates that Sunrise has supplemented its production and has produced the communications at issue in #4, a portion of #6, and #7.

attorney-client privilege and will not order the production of the communications that are still at issue, in entries #3, 5, 6-2, and 8.  Regarding entry #8, the Court makes this ruling with the understanding that defendants have already produced the email thread between Claudia Cimini and Edward Washburn and only seek to redact the email between Ed Washburn and Amy Sherburne-Manning dated November 23, 2021, at 6:05 AM.  The Court will not order the production of the email between Ed Washburn and Amy Sherburne-Manning in entry #8.

**IT IS SO ORDERED**.

Dated:  April 7, 2026

SUSAN ILLSTON
United States District Judge